# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEE POSLOF, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> PARAMO, et al., <br><br> Defendants. | Case No.: 3:18-cv-761-MMA-AGS <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** <br><br> [Doc. No. 90] |

Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action in its entirety with prejudice. Each party will bear its own costs and fees. The Court **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED**.

DATE: January 7, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge